12067-230710(BDB)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

**ANDERSON EYE CARE
OF WEST TENNESSEE**,

Plaintiff,

v.                                                          Case No.: 1:25-cv-1136

**OWNERS INSURANCE COMPANY**,                               **JURY DEMAND**

Defendant.

_____

**NOTICE OF SPECIAL APPEARANCE**

_____

  Blake M. Tims of RAINEY, KIZER, REVIERE & BELL, P.L.C., hereby enters an appearance as counsel of record for Defendant Owners Insurance Company in this cause. All defenses related to jurisdiction, venue, service of process or sufficiency of process are hereby reserved.

             Respectfully submitted,

             RAINEY, KIZER, REVIERE & BELL, P.L.C.

        By: /s/ Blake M. Tims
           BRADFORD D. BOX (BPR No. 16596)
           BLAKE M. TIMS, BPR #40511
           *Attorneys for Defendant*
           209 East Main Street
           P.O. Box 1147
           Jackson, TN 38302-1147
           (731) 423-2414
           bbox@raineykizer.com
           btims@raineykizer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by mailing postage prepaid or by email. Parties may access this filing through the Court's electronic filing system.

    Tania Williams, Esq. (Florida Bar No. 599425)
    INSURANCE LITIGATION GROUP, P.A.
    1500 NE 162nd Street
    Miami, Florida 33162
    (786) 529-0090
    twilliams@ilgpa.com
    service@ilgpa.com
    ***Attorney for Plaintiff - Pro Hac Vice Pending***

This 26th day of September, 2025.

                                                    /s/ Blake M. Tims