**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**ANDERSON EYE CARE OF**
**WEST TENNESSEE,**

    Plaintiff,

v.                                                                     No. 1:25-cv-1136

**OWNERS INSURANCE COMPANY.**                  JURY DEMAND

    Defendants.

---

**STIPULATION OF PARTIES' MEDIATOR SELECTION**

---

COME NOW the parties, by and through the undersigned counsel, pursuant to ADR Plan Rule 5.4(c), and hereby advise the Court of the parties' stipulation and selection of Trey Jordan to serve as mediator in this case.

    Respectfully submitted,

By:  *s/Yisroel Silverman*
    Yisroel Silverman (FL Bar No. 1011445)
    Insurance Litigation Group, P.A.
    1500 NE 162nd Street
    Miami, FL 33162
    ***Attorney for Plaintiff***


By:  *s/Bradford D. Box*
    Bradford D. Box (BPR No. 16596)
    Blake M. Tims (BPR No. 040511)
    RAINEY, KIZER, REVIERE & BELL, PLC
    ***Attorney for Defendant***
    209 East Main Street
    Jackson, Tennessee 38302-1147
    (731) 423-2414—phone
    bbox@raineykizer.com
    btims@raineykizer.com