UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**ANDERSON EYE CARE OF WEST TENNESSEE,**          JUDGMENT IN A CIVIL CASE

     **Plaintiff,**

**vs.**

**OWNERS INSURANCE COMPANY,**          CASE NO: 25-1136-STA-jay

     **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on June 3, 2026, this cause is hereby **DISMISSED with prejudice.**

       **APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 6/3/2026**          **Wendy R. Oliver**
          **Clerk of Court**


          **s/Maurice B. Bryson**

          **(By)  Deputy Clerk**